UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-CR-00146 (10) |
| VERSUS | JUDGE FOOTE |
| ALEXANDER DERRICK REECE - 01<br>DREW T. GREEN - 02<br>THOMAS WILLIAM MALONE, JR. - 03<br>BOYD ANTHONY BARROW - 04<br>JOSHUA ESPINOZA - 05<br>CURIOUS GOODS LLC - 06<br>RICHARD JOSEPH BUSWELL - 07<br>DANIEL JAMES STANFORD - 08<br>DANIEL PAUL FRANCIS - 09<br>BARRY L. DOMINGUE - 10 | MAGISTRATE JUDGE HANNA |

## NOTICE OF APPEAL

Notice is hereby given that Barry Louis Domingue appeals to the United States Court of Appeals for the Fifth Circuit, pursuant to the authority for interlocutory appeals based upon, inter alia, *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949); *Abney v. United States*, 431 U.S. 651, 97 S.Ct. 2034, 52 L.Ed.2d 651 (1977) and *United States v. 101.88 Acres of Land, et al*, 616 F.2d 762 (5th Cir. 1980), from the Order of this Court, Document Number 593, entered in this action on July 1, 2013.

{L0252202.1}

                                                    Respectfully submitted:

Dated: July 2, 2013                    /s/ *Donald W. Washington*
                                                Donald W. Washington (#21402) T.A.
                                                JONES WALKER
                                                600 Jefferson Street, Suite 1600
                                                Lafayette, Louisiana 70501
                                                Phone: (337) 593-7600
                                                Fax: (337) 593-7601
                                                Email: dwashington@joneswalker.com
                                                Attorney for Barry L. Domingue


                                                */s/ Barry L. Domingue*
                                                Barry L. Domingue (21564)
                                                122 Representative Row
                                                Post Office Box 80112
                                                Lafayette, LA 70598
                                                Phone: (337) 781-7486
                                                Fax: (866) 691-7507
                                                Email:  barrydomingue@cox.net
                                                Attorney for Barry L. Domingue


## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send notice of electronic filing to counsel of record, on this 2nd day of July, 2013.

                                                /s/ *Donald W. Washington*
                                                Donald W. Washington (#21402)